UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WHITT,

    Plaintiff

v                                                      Case No. 07-13715
                                                          HON. DENISE PAGE HOOD

CENTURY TOOL & GAGE CO.,

    Defendant
_____/
GLEN N. LENHOFF (P 32610)
ROBERT KENT-BRYANT (P 40806)
Law Office of Glenn N. Lenhoff
328 S. Saginaw Street
8th Floor, North Building
Flint, MI 48502
(810) 235-5660

ETHAN VINSON (P 26608)
THOMAS J. LAGINESS (P 33995)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendant
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that this case be dismissed with prejudice and without costs, interest or attorney fees.

| | |
|---|---|
| /S/ with consent of GLEN N. LENHOFF | /S/ THOMAS J. LAGINESS |
| Law Office of Glen N. Lenhoff | Cummings, McClorey, Davis & Acho, PLC |
| 328 S. Saginaw Street | 33900 Schoolcraft |
| 8th Floor, North Building | Livonia, MI 48150 |
| Phone: (810) 235-5660 | Phone: (734) 261-2400 |
| Primary E-Mail: lenhofflaw@usol.com | Primary E-mail: tlaginess@cmda-law.com |
| P 32610 | P 33995 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WHITT,

      Plaintiff

v                                        Case No. 07-13715
                                          HON. DENISE PAGE HOOD

CENTURY TOOL & GAGE CO.,

      Defendant
_____/

GLEN N. LENHOFF (P 32610)
ROBERT KENT-BRYANT (P 40806)
Law Office of Glenn N. Lenhoff
328 S. Saginaw Street
8th Floor, North Building
Flint, MI 48502
(810) 235-5660

ETHAN VINSON (P 26608)
THOMAS J. LAGINESS (P 33995)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendant
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court, held in the
City of Detroit, County of Wayne, MI
on:   September 18, 2008

PRESENT: HON <u>DENISE PAGE HOOD</u>
                              United States District Court Judge

     This matter having come on before the Court upon the Stipulation of the parties, and the

Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this case be dismissed with prejudice and without costs, interest or attorney fees.

**IT IS FURTHER ORDERED** that this constitutes a final Order and closes the case

                                                s/Denise Page Hood
                                                Denise Page Hood
                                                United States District Judge

Dated: September 18, 2008


APPROVED AS TO FORM:


/S/ with consent of GLEN N. LENHOFF
Law Office of Glen N. Lenhoff
328 S. Saginaw Street
8th Floor, North Building
Phone: (810) 235-5660
Primary E-Mail: lenhofflaw@usol.com
P 32610


/S/ THOMAS J. LAGINESS
Cummings, McClorey, Davis & Acho, PLC
33900 Schoolcraft
Livonia, MI 48150
Phone: (734) 261-2400
Primary E-mail: tlaginess@cmda-law.com
P 33995